715 A.2d 966

IN THE MATTER OF DONALD W. RINALDO,
AN ATTORNEY AT LAW.

Decided June 30, 1998.

## ORDER

The Disciplinary Review Board on April 14, 1998, having filed with the Court its decision concluding that **DONALD W. RINALDO** of **UNION**, who was admitted to the bar of this State in 1965, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect); *RPC* 1.7 (conflict of interest); *RPC* 1.15(b) (failure to promptly notify interested party of receipt of funds); *RPC* 1.15(c) (failure to safeguard disputed funds); *RPC* 8.1 (failure to cooperate with disciplinary officials); and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **DONALD W. RINALDO** is hereby suspended from the practice of law for a period of three months, effective July 27, 1998, and until further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.